UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA S. FEOLA,

     Plaintiff,

                               Case No. 1:25-cv-1930

v.

                               HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated:  August 5, 2026                      /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge