UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA S. FEOLA,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________________/

Case No. 1:25-cv-1930

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff filed a motion for attorney fees under the Equal Access to Justice Act (EAJA). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 30, 2026, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for EAJA fees (ECF No. 28) is GRANTED. Plaintiff is awarded fees in the amount of $6,258.60 and such shall be paid directly to Plaintiff.

Dated: October 22, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge